UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV21-02693 JAK (MARx) | Date | September 7, 2021 |
| Title | Jeremy Holland v. Bracha Ve Hatzlacha LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING CASE   JS-6

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on **August 4, 2021** ordering Plaintiff either to: (i) respond in writing no later than **August 11, 2021** as to why the matter should not be dismissed for lack of prosecution. No response has been provided by Plaintiff. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

:

Initials of Preparer   TJ